**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01927-LTB

KHALED ABOELEYOUN, and
ABDIKARIN AHMED,

      Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
ROB MATHER, District Director, Denver District Office, United States Citizenship and Immigration Service, and
FEDERAL BUREAU OF INVESTIGATION,

      Defendants.
_____

**ORDER**
_____

      This matter comes before the Court on the parties' Joint Motion to Amend Order [**Docket # 10**], which relates to this Court's Order dated April 25, 2008 [**Docket # 9**]. Sufficient cause appearing, the Court GRANTS the motion and ORDERS as follows:

      1.    To the extent the Court's Order dated April 25, 2008, requires Defendants to complete their processing of the application filed by Plaintiff Abdikarin Ahmed, that portion of the Order is VACATED as moot, to that limited extent, based on the parties' representation that Plaintiff Abdikarin Ahmed was naturalized on April 15, 2008;

      2.    On page 7 of the Court's Order dated April 25, 2008, the words "The very same Assistant United States Attorney who signed the present Motion, Kevin T. Traskos" are hereby DELETED and REPLACED with the words "The Government."

Dated: May __2__, 2008.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge