**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01927-LTB

KHALED ABOELEYOUN, and
ABDIKARIN AHMED,

      Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
ROB MATHER, District Director, Denver District Office, United States Citizenship and Immigration Service, and
FEDERAL BUREAU OF INVESTIGATION,

      Defendants.
_____

**ORDER**
_____

      Upon review of the parties' Joint Status Report filed June 4, 2008, and sufficient cause appearing therein, Defendant United States Citizenship and Immigration Services is HEREBY ORDERED to pay Plaintiffs the sum of $5,000.00 in full satisfaction of the award of attorney fees granted to Plaintiffs in my April 25, 2008, Order in this matter [**Docket # 9**]. Further, as both Plaintiffs have now been naturalized, their claims are moot. Accordingly, this case is now CLOSED.


Dated: June   6  , 2008.

                                          BY THE COURT:


                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge